Writ granted. Limited to a consideration of alternative errors Nos. 5 and 6.

204 So.2d 578

David B. McCAULEY

v.

MANDA BROTHERS PROVISIONS CO., Inc., et al.

No. 48947.

Oct. 26, 1967.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.